| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for the United States |

**FILED**

FEB 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MEJ**

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3 08 70107 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| KEENAN J. RINGGOLD,<br>a/k/a "CANO" | ) | |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 27, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the District of <u>Kansas</u>, Case Number <u>CR 07-20168-12-JWL/DJW</u>.

In that case, the defendant is charged with violations of Title 21, United States Code, Sections <u>841(a)(1), (b)(1)(A)(ii), (b)(1)(A)(iii), (b)(1)(C), 846, and 853;</u> Title 18, United States

1

1 | Code, Section 2.

2 | Description of Charges: Manufacturing, Distributing, Dispensing, or Possessing With Intent to Distribute a Controlled Substance (21 U.S.C. § 841(a)(1)); Manufacturing, Possessing with Intent to Distribute and Distributing 50 grams or more of cocaine base "crack," a controlled substance (21 U.S.C. § 841(b)(1)(A)(iii)); Possession with Intent to Distribute and Distributing five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance (21 U.S.C. § 841(b)(1)(A)(ii)); Possession with Intent to Distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a controlled substance (21 U.S.C. § 841(b)(1)(C)); Conspiracy to Commit a Drug Trafficking Offense (21 U.S.C. § 846); Forfeiture allegations for any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the controlled substance violations and any property used or intended to be used to commit and facilitate the commission of the controlled substance violations, including but not limited to a money judgment, real property, and substitute assets (21 U.S.C. § 853).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 2/28/08

Wendy Thomas
Special Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas

UNITED STATES OF AMERICA
v.
KEENAN J. RINGGOLD
A/K/A "CANO"

**WARRANT FOR ARREST**

CASE NUMBER: 07-20168-12-JWL/DJW

*SEALED*

*RECEIVED FEB 04 2008 UNITED STATES MARSHAL DISTRICT OF KANSAS (KANSAS CITY OFFICE)*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  KEENAN J. RINGGOLD
                                      Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

Sealed Superseding
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her    (brief description of offense)

Conspiracy to manufacture, to possess with intent to distribute and to distribute cocaine base "crack", and to possess with intent to distribute and to distribute cocaine

in violation of  21   United States Code, Section(s)  846

INGRID A. CAMPBELL
Name of Issuing Officer

Acting Clerk of Court
Title of Issuing Officer

*Marla Gonzales*
Signature of Issuing Officer

February 1, 2008
KCK
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant.

*COPY - Original Warrant Held by U.S. Marshals*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**PENALTIES:**

COUNT 1, 17, 22, 24, 26, 29, 38:

- NLT 10 Years NMT Life Imprisonment;
- NMT $4,000,000.00 Fine;
- NLT 5 Years S.R.;
- Special Assessment $100.00; and,
- Forfeiture Allegation

In the event of a prior conviction for a felony drug offense:

- NLT 20 years, NMT Life Imprisonment,
- NMT $8,000,000.00 Fine,
- NLT 10 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation

In the event of two or more prior convictions for a felony drug offense:

- NLT Life Imprisonment,
- NMT $8,000,000.00 Fine,
- $100 Special Assessment, and,
- Forfeiture Allegation

COUNTS 2, 4 - 5, 21:

- NLT 5 years and NMT 40 years Imprisonment,
- NMT $2,000,000.00 Fine,
- NLT 4 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NLT 10 years, NMT Life Imprisonment,
- NMT $4,000,000.00 Fine,
- NLT 8 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

-21-

COUNT 3, 6, 13, 16, 19, 27 - 28, 31:

- NMT 20 years Imprisonment,
- NMT $1,000,000.00 Fine,
- NLT 3 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years Imprisonment,
- NMT $2,000,000.00 Fine,
- NLT 6 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

COUNT 7 & 39:

- NLT mandatory minimum of 5 years, NMT Life Imprisonment (consecutive to any other term of imprisonment),
- NMT $250,000.00 Fine,
- NMT 5 years S.R., and,
- $100 Special Assessment.

COUNT 8:

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.

COUNTS 9 -12, 14 -15, 18, 23, 25, 30, 32 - 37:

- NMT 4 years Imprisonment;
- NMT $ 250,000.00 Fine;
- NMT 3 years S.R.,
- $100 Special Assessment.

-22-