AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Keenan Ringgold | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist of CA | District of KS | 3-08-70107 MEJ | CR07-20168-12-JWL/DJW |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of    21    U.S.C. § 841(a)(1); (b)(1)(A)(ii),(b)(1)(A)(iii), (b)(1)©, 846 and 853 & 18:2

**DISTRICT OF OFFENSE**
Kansas

**DESCRIPTION OF CHARGES:**

Mfg, Distributing, Dispensing, or Possessing with Intent to Distribute a Controlled Substance; Mfg, Possessing w/Intent to Distrib. 50 grams or more of cocaine base "crack"; Possession w/intent o Distrib & Distrib 5 kilo or more of detectable cocaine; Conspiracy to Commit a Drug Trafficking Offense; Forfeiture Allegations.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Dft waived his Identity and Removal Hearing.
Bond, if any, shall be transferred to the District of Offense

**Representation:**   X Retained Own Counsel     ☐ Federal Defender Organization     ☐ CJA Attorney     ☐ None

**Interpreter Required?**   X No     ☐ Yes     Language:

## NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 11, 2008
Date

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |