**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 13, 2008

RECEIVED
MAR 19 2008
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Office of the Clerk
U.S. District Court
500 State Ave.
259 U.S. Courthouse
Kansas City, KS 66101

Case Name:      US-v-Ringgold
Case Number:    3-08-70107 MAG
Charges:        21:841(a)(1);(b)(1)(A)(ii),(b)(1)(A)(iii)(b)(1)©, 846 and 853 & 18:2

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Spero. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office